IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYRONE LEE FUTRELL, SR.**                                                                 **PLAINTIFF**

v.                              **Case No. 3:13-cv-00141 KGB**

**ARKANSAS NORTHEASTERN COLLEGE**                                       **DEFENDANT**

**ORDER**

On June 10, 2013, the Court granted plaintiff Tyrone Futrell's motion to proceed *in forma pauperis* (Dkt. No. 4). In that Order, the Court directed Mr. Futrell to provide defendant's address. Mr. Futrell has complied with that Order (Dkt. No. 5). Because Mr. Futrell has been granted leave to proceed *in forma pauperis*, the Clerk of Court is directed to prepare a summons, and the U.S. Marshal for the Eastern District of Arkansas is directed to serve defendants with the summons and complaint. Fed. R. Civ. P. 4(c)(3). The Marshal is directed to serve the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED this the 2nd day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE